CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
OCT 04 2012
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| SYLVESTER MIDDLETON, JR., | ) | |
| Petitioner, | ) | Civil Action No. 7:12-cv-00266 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| WARDEN CHRISTOPHER ZYCH, | ) | By: Samuel G. Wilson |
| Respondent. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Middleton's petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241 is **DISMISSED** and this action is **STRICKEN** from the active docket of the court.

Further, finding that Johnson has failed to make the requisite substantial showing of the denial of a constitutional right, as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

ENTER: October 4, 2012.

_____
UNITED STATES DISTRICT JUDGE

7